IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. MJG-07-0239 |
| IMDAD RANJHA | * | |

******

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. The defendant shall notify the U.S. Pretrial Services Office for this District within 24 hours if he/she is arrested or questioned by a law enforcement officer or charged with an offense, including any traffic offense.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____ (*place*) on _____ *(date and time)*.

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

☐ (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

☐ (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of _____ dollars ($___) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant or will endanger the safety of any other person or the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:
*(Name of Person/Organization)* _____
*(Address)* _____

*(City/State/Zip)* _____ *(Phone No.)* _____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

_____
Signature of Custodian or Proxy

☐ (7) The defendant shall:

☐ (a) maintain or actively seek employment.
☐ (b) maintain or commence an educational program.
☒ (c) abide by the following restrictions on his personal associations, place of abode, or travel: _Maintain address & travel restricted to U.S._
☐ (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: _____
☒ (e) report on a regular basis to the supervising officer. The defendant shall promptly obey all reasonable directions and instructions of the supervising officer.
☐ (f) comply with the following curfew: _____
☒ (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
☒ (h) refrain from excessive use of alcohol.
☐ (i) refrain from any use of a narcotic drug or other controlled substance as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
☐ (j) undergo medical, psychological, or psychiatric treatment, and/or remain in an institution as follows: _____
☐ (k) execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property:
☐ (l) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money: _____
☐ (m) execute a bail bond with solvent sureties in the amount of $ _____.
☐ (n) return to custody each (week)day as of _____ o'clock after being released each (week)day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____.
☒ (o) surrender any passport to the Clerk of the Court.
☒ (p) obtain no passport.
☐ (q) undergo drug and/or alcohol testing and treatment as determined appropriate by the Pretrial Services agency.
☐ (r) submit to an electronic monitoring program as directed by the supervising officer; the defendant may be directed to pay all or part of the costs as directed by Pretrial Services.
☐ (s) not use computer systems, Internet-capable devices and/or similar electronic devices at any location (including employment or educational program) without the prior written approval of the U.S. Probation or Pretrial Services Officer. The defendant shall cooperate with the U.S. Probation and Pretrial Services Office monitoring of compliance with this condition. Cooperation shall include, but not be limited to, participating in a Computer & Internet Monitoring Program, identifying computer systems, Internet-capable devices and/or similar electronic devices the defendant has access to, allowing the installation of monitoring software/hardware at the defendant's expense, and permitting random, unannounced examinations of computer systems, Internet-capable devices and similar electronic devices under the defendant's control.
☐ (t) other: _See Attached & $10,000 Unsecured Bond._

## Advice of Penalties and Sanctions

TO THE DEFENDANT:
YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

Convictions for the commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release you knowingly fail to appear as required by the conditions of release, or to surrender for the service of any sentence imposed, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Amdadullah_
Signature of Defendant

424 OLD LINE AVE LAUREL
Address

M.D 20724 - 301-776-4588
City/State/Zip        Telephone No.

## Directions to United States Marshal

☒ The defendant is ORDERED released after processing.
☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

_October 30, 2008_                    _/s/ Marvin J. Garbis_
Date                                  MARVIN J. GARBIS
                                      UNITED STATES DISTRICT JUDGE